# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 243 WAL 2015

           Respondent                  :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court
           v.                     :

ANTOINE BENNETT,                :

           Petitioner                  :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 16th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.